**Amended Complaint**
*Adding NYS & NYC codes

U.S. District Court-ED-NY
Filed Date:
Rec'd. In Pro Se Office:4/14/2026
Brooklyn Office

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Asima Hameedi

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Discover Financial Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 25-6831-LDH
*(to be filled in by the Clerk's Office)*

Jury Trial: X☐ Yes ☐ No
*(check one)*

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Asima Hameedi |
| Street Address | 75-40 Bell Blvd 2k |
| City and County | Oakland Gardens, Queens |
| State and Zip Code | 11364 |
| Telephone Number | 718-885-7642 |
| E-mail Address | glorious_hameedi@hotmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Discover Financial Services |
| Job or Title (if known) | |
| Street Address | 2500 Lake Cook Rd |
| City and County | Riverwoods |
| State and Zip Code | IL 60015 |
| Telephone Number | (800) 347-2683 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code ______________________________
Telephone Number ______________________________
E-mail Address (if known) ______________________________

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name Asima Hameedi
Street Address 75-40 Bell Blvd apt #2k
City and County Oakland Gardens
State and Zip Code NY 11364
Telephone Number (718) 885-7642

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

X Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

NYSHRL
The New York Executive Law, Article 15, Section 296 - National Origin, Gender
New York Labor Law Section 215 (NYLL § 215) - Retaliation, Wrongful termination
NYCHRL
NYC Human Rights Law (NYCHRL) (Administrative Code § 8-107(7)) - Retaliation
NYC Admin. Code § 8-107 - Wrongful termination, National Origin, Gender

X Other federal law *(specify the federal law)*:
National Origin, Sex, Retaliation

☐ Relevant state law *(specify, if known)*:
IL

☐ Relevant city or county law *(specify, if known)*:
Cook County, IL

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
X Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
X Unequal terms and conditions of my employment.
X Retaliation.
☐ Other acts *(specify)*: National Origin, Sex, Retaliation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 2023 - July 18th 2024

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- X is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ______________________________
- ☐ color______________________________
- X gender/sex _________________________
- ☐ religion ___________________________
- X national origin _____________________
- ☐ age. My year of birth is _____________. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

  ___________________________________

E. The facts of my case are as follows. Attach additional pages if needed.

Please see the additional pages added at the end of this document. These pages contain a timeline of events and along with charges.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

________________________________________

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- X issued a Notice of Right to Sue letter, which I received on *(date)* 07/23/2025 (please see the attached pages below).

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1- At termination DFS withheld DFS 401k contributions

2- Pain & suffering

3- Income lost to date

4- Health insurance premiums paid to date

5- Good references

6- Copays for Psychotherapy and other doctors

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 15, 2025__.

Signature of Plaintiff ____________________

Printed Name of Plaintiff Asima Hameedi

# Summary

**Retaliation**

- See below details

bad year-end review
Coaching Plan (with associated disciplinary action)
PIP
Termination

**Hostile work environment**

Paul was creating a bad perception, he was talking ill of me to other managers (Roland Sanguino), Priyanka, Amit, Jose Lopez and perhaps Sakhti (senior manager) etc. Jose is the only one that I have actually worked with. I have never even spoken to Sakhti, Sakhti was electing Richard over me without ever interacting with me.

- Rather than encouraging direct communication, Paul was encouraging complaining behind my back and soliciting & intimidated others to complain for no reason (apparent from their feedback) from people I had hardly worked with, these were my teams that I was supporting, they were my customers/clients in a way. In a way actually sabotaging my work by sabotaging my relationship with my team members.

**Different treatment as compared to other direct reports**

- I was informed by another manager (Roland Sanguino) that Architects are supposed to attend once a year seminars, I requested Paul for the via email (shared the available seminars) but the request was ignored in 2023 and in 2024 while other architects attended (Venkat, Richard, Jyoti, Prakash, Vinay, Munish). I was not invited to Riverwoods, IL in November 2023 while others were. I was given more than double the amount of work as compared to Richard but no credit to me.

Richard Chen had been working for DFS for 20+ years and he was on disability (brain stroke). It was very noticeable that he still was somewhat speech and mentally impaired. Not only that, I had observed him in our meetings, he had no technical understanding of AWS Cloud, Kubernetes, Containers etc. He was not trained in the latest technologies, he couldn't present any technical solution in this area. Richard had the mainframe legacy system background like Paul. DFS was gradually migrating off of mainframe and the legacy system since 12+ years ago and recently migrated all Microservices to AWS. Both Paul & Richard are very limited in their technical contribution to AWS, Java and other modern technologies. However, Paul/DFS didn't mind Richard Chen's incompetence. Paul didn't solicit this type of frivolous and insistent feedback for Richard and the treatment I was give.

**Gender discrimination**

- I was the only female in Paul's direct reports, he preferred rather take an incompetent male than an over competent female. He had started excluding me from significant future project initiation meetings by the end of 2023. i.e. 1- combining EICE system with IRIS system. 2- Enterprise Text; both of these project would have been impactful to my teams. I gathered that Paul had already decided to not keep me around several months later. He preferred Richard for the EICE/IRIS project and Prakash & Jyoti from altogether another team for the Enterprise Text project. All males.

**National Origin**

- Paul asked me where I was from during my interview with him, I thought this was odd at the time but ( didn't think that this seed will remain and resurface)

During our one-one meeting Paul generally chit chatted, during those chit chats, he mentioned that he had a landlord from Pakistani origin in UK when he was a student, that he didn't like the landlord, he had a bad experience. I recall he brought this topic again in another one-one meeting, he said he has had two prior bad experiences with people from Pakistan, I told him that the third experience would be much better (referring to me).

Then the third time again during our one-one meeting, I told Paul not to mention to my Indian collogues where I was from as historically India and Pakistan are foes. After my complaint to Navex, in our team meeting, where except for Richard everyone was Indian, Paul mentioned that I was from Pakistan during a Cricket game chit chat with the guys. This sounded retaliatory on purpose where I had specifically asked him to not mention.

**Un lawful termination** – Absolutely no performance issue was found, nor proved, I was still terminated based on discrimination.

- Year-end review though I rated m

- On all Mycheckins for 2023, I was rated 'competent'. On the year-end review, I rated myself as 'strong', Paul rated me as 'inconsistent'; whereas all deliverables from 2023 were as per requirements and on time, which warrants that the rating should have been at least 'competent'.

- I was rated 'competent' on Q1 (March 2024) mycheckin while I was on a disciplinary action coaching plan (that I was later after the Navex complaint I was told that I had failed on 4/15/24, only weeks after being rated 'competent' by the person).

- I was praised for good work on the Q2 mycheckin, even then the PIP was failed. N evidence of poor performance was ever shared! Paul was making things up.

**Harassment**

- Please see the details above/below.

Paul & Valeria were in this together after my complaints held me responsible for things I had nothing to do with, expecting a meeting agenda, maintaining the discipline for a meetings I was not even the host of; and presented the successfully completed tasks as if there was something wrong with those.

Paul was yelling, micromanaging, controlling, surprise appearances and comments in my meetings, additionally not providing KT and constantly soliciting frivolous feedback. Talking to others and ruining my reputation and relationships, sabotaging my work. No credit for the extra work I handled, no credit for the Richards's work I handled for at least two months, while Richard was on vacation.

# Detailed timeline

I have 18+ years of experience in software development, I am a certified AWS (cloud) Solutions Architect. Have a Master's degree in Computer Science. An application Architect needs a strong technical background along with the ability to understand the business needs for the software, I'm experienced in both. My title at my previous job was 'AWS Solutions Architect', I was hired as a 'Principal Application Architect' by DFS in the Bank Collections & Recovery for the Loan (personal and student) area. I inherited three proprietary Enterprise applications. DFS Architecture Technology & Strategy (ATS) has no architecture specific on-boarding process in place; no training, no access to various accounts or systems, no documents to learn from, no one willing to train or transfer knowledge. Sole source of information are the developers that are not responsible for training the architects. These applications were built in 2012 by Paul Williams and Veleria Utsis and others, no one seems to have any documents or provide the necessary training. I had walked into a culture of non-collaboration and chaos. Despite all the DFS shortcomings and chaos, I picked up real fast and was fully handling my job in month 4 of my employment.

1- I was Hired 3/6/2023 as Principal Application Architect reporting to Paul Williams. Was assigned work within the first two weeks.

2- At Month 3 (June), Paul left for vacation for a month, I was covering all seven teams to the best of my abilities at the time. While Paul was away, there was a dispute amongst two teams, the teams asked me for help, I provided a solution that will eliminate the dispute and shared this solution via email with others; when Paul returned I learnt that

he didn't want to adopt this solution, neither he wanted to consider solution from others, out of nowhere, he whips out a document no one had access to reopen the original work request from several years ago. In the meantime, I went above and beyond helped teams to resolve their conflict. My first Q2 Mycheckin came in June, Paul commented that very first Mycheckin that Asima needs to gain more knowledge before proposing a solution. To this day I know that the solution was valid but let's assume even if it was not, he could have simply verbally told me and appreciated the initiative taken and the desire to impress my superiors, he didn't have to write it in my very first Mycheckin. This was an ego issue, he wanted everyone to follow only his solutions; I noticed he will shut

DFS sends out surveys to collect feedbacks from employees about their managers, I filled out my very first around June & rated Paul Williams a 3 stars along with some feedback, the feedback that later I realized might have identified me. I rated him 3 stars as I had learnt his ways by then, for example doesn't allocate time for training and other behavioral issues and work ethics. I noticed his behavior became retaliatory after this, I suspect his managers might have given some feedback to him and didn't keep it confidential as it is supposed to be.

3- Month 4 (July), Paul left the group for a couple of months, I continued to support all 7 teams as the only architect for the area & gradually more effectively. Throughout this time requesting system & requirements documents, training and a block of learning time; none provided by Paul neither by any of the teams I supported, I managed to find some material by scouring the SharePoint. Managed to learn in my personal time (nights & weekends) as I had too many meetings & work from 9-5. I noticed Paul is getting intense with me for trivial things, generally just misunderstood something and this behavior got worse after when I ask him for anything, like the documents or his time to explain implemented business in the DFS Proprietary Enterprise systems. So, no documents, no training sessions etc. Later, I learned that he was the architect and developer who wrote these systems (12+ years earlier, been with the company for 20+ years), it was reasonable to expect him to provide these documents or training, that's what managers do. I was noticing his snappiness.

4- Month 5 (August) or so, I requested Paul via message for a 1:1 session to figure out how to work better via Teams messages, he ignored, instead he asked for the viewing access to my outlook calendar, I provided.

I had inherited two Architecture specific meetings from him, 'Architect Office Hours' and COP meeting (Community of Practice) that I had been attending along with Paul for the first 3 months. There was no agenda, not much technical discussion, Paul is not very technical on finer level, it was more of business rules discussions in both meetings. I was asked to create the meeting invites for these meetings, Paul was not an invitee wasn't

and Paul wanted it that way & was ok with that, then he asked me to add him on as an invitee, I did. During these months I got to learn Paul quite well, he was intimidating, yelling and rejecting any solution different from his. Whenever Paul was in a meeting people were reserved and would go quiet. I asked Paul to give me a chance to grow my relationship with the teams and perhaps not attend meetings lead by me, then he used to take over, he agreed and now , he randomly started appearing in those meetings while I am leading the meetings, he will pick in front of my teams. When he was not attending the meetings, I noticed he will still know what went on in those meetings, he had installed a few people (Aishwarya, Bhawani, Kaitlyn etc.) in the meetings these guys were reporting my activities. These things only grew more intense (micromanaging everything I do, anything I communicate, even what I will say to anyone, he will ask for the exact text), teams messaging yelling I.e. finding incomplete information from somewhere, not directly asking me before sending me a nasty message in caps, like 'DIDN'T I tell you NO impact'.

I believe it was around this time in one of our 1:1 meetings, Paul commented he had a land lord from a Pakistani origin in UK when he was a student and he had a terrible experience with guy then he had a second experience which was also bad, I said well I'm your third encounter, this will be a good one, 'probably the landlord he had was full of himself' were my comments to him to keep it positive. I said to Paul that I generally don't discuss with my Indian co-workers where I'm from; in our subsequent team meeting, Paul told everyone in our team that I was from Pakistan, sounded intentional (was after the Navex complaint 2024)

5- Soon after I had joined DFS, I had joined a mentorship program, during one of these meetings in August, Roland told me that Paul is having performance concerns. Roland commented that 7 teams is too many teams to handle, it should be no more than 2 or 3. I got worried hearing what Paul had said to Roland especially from a third person, I compiled a list of accomplishments and asked for feedback via email. Email was ignored. Things got much worse from here onwards. Paul had a punishing type of treatment of me throughout after month 3 for any 'perceived' wrong that I might have done, instead of directly communicating and asking for an explanation.

6- I began to feel that he's trying to get me on something anything. Around September this same, another architect (Richard Chen) was installed that had returned from disability (brain stroke), Paul introduced his as his old friend of 22+ years (worked together on two previous jobs and both lived in Utah). Richard seemed nice, he was new to my area, I provided him help whenever he requested. I noticed Richard was not equipped with the technology stack that the team was using (Cloud/AWS, Containers, Networking etc.). Paul assigned 2 teams to Richard and the rest of the 5 to me, also, I

continued to lead the meetings, I provided all of the solutions (Richard though was my co-architect, he never contributed).

7- At this point, I had already completed many assignments successfully (Leanix, got my 2 solutions approved by the ARB (architecture board review of 40+ architects, where the presenting architect gets grilled with questions). Around October, we were asked to create system documentation for the existing proprietary enterprise systems in my area, systems that lacked prior documentation. I was asked to setup meetings with the developers (junior) from my teams, these teams are from another unit (software implementation teams), they were not collaborative and didn't feel responsible for providing KT to the architects but due to the lack of documentation, I had to literally beg these guys for information, you setup a meeting, they resist and don't show or provide incomplete or wrong information. One developer was not collaborating at all for a whole week, I kept Paul updated, but Paul still insisted to review the documents the following Wednesday, by then I had gotten probably couple of sessions of KT (knowledge transfer). I told Paul that I don't have the full knowledge yet and requested to reschedule. He still kept that review meeting, he was furious when I asked to reschedule that day, being heard or reasoning with Paul was nearly impossible, he has a habit of going on & on and not listening during the only once a week 25 minute meeting. Anyways by the end of the year, many more small, big projects got completed along with the system documentation for many most important systems while getting interjected with the new emergency/ad-hoc assignments. I still completed my systems. From prior experience of Paul, I documented all deliveries, I was getting yelled at, punished for things based on his lack of communication skills and I had a strong sense that he's trying to get me on something, anything but wasn't able to. During this time I told Paul that I had enough system knowledge to do the Architect Roadmap now, he said it's almost the end of the year, do it next year. Late 2023 DFS announced they were selling Discover Student Loans (DSL). Now I got the sense he's trying to replace me with Richard. I noticed he didn't include me in one of the future dated project of combining (EICE & IRIS), which I would have handled, had he any plans of keeping me around. All architects are supposed to attend at least one seminar per year, Paul never brought it up, my mentor told me about it and I requested, my request was ignored, instead Richard went, same thing happened in 2024, others went, my request was ignored.

8- (January 2024), January 11th, the first day I returned from vacation Paul scheduled the year-end review meeting without first allowing to read the review, it was informational and Paul was not open to a discussion, he wanted an instant acceptance. Afterwards, I read and responded via email and requested for an item by item discussion and requested to correct the year-end review; I was ignored. I asked Paul if it was ok with him if I discussed this with Valeria Utsis (his manager), he was fine with it.

Ultimately, I took this to Valeria. I had asked Valeria to transfer me to another manager, she didn't agree and ignored the requests, I made multiple requests. She setup a 1:1, when she saw my responses to the year-end review, she expressed astonishment as I was rated in light of the evidence I had provided, this was her first reaction i.e. in light of my responses, she said you seem to have done good. I requested her to ask Paul to join for this discussion, nothing was setup. Valeria said my insistence and any request was viewed as an argument by Paul. I was very busy and the year-end review correction was stressful so I stopped insisting.
*I was rated 'inconsistent' on my year end review despite better ratings on the prior checkins. I was given a pay raise from $192k/year to $204k/year along with a decent bonus. Which indicates a good performance!

9- Instead, early February I requested Paul for a discussion on ways to work better together in 2024; shortly after I was put into a coaching plan with an associated disciplinary action, I thought this was a PIP that's why there was a disciplinary action associated with it, this was disturbing, then I realized why Paul had made up things on the year-end review, year-end review was the basis for the Coaching Plan, no disciplinary action was associated with it. Paul, Valeria and HR said, it's just a coaching plan, they were not being truthful, they were not addressing the fact that this had a disciplinary action associated. I made several more requests to revise the year-end review (after this coaching plan was enforced) which was being made the basis for the coaching plan, all requests were ignored. I responded to the coaching plan fully along with delivery dates, the contents were more or less the same as the year-end review, there was nothing new about work deliverables, I had already delivered everything on the coaching plan. I reached out afterwards again to the HR, Paul & Valeria to remove this, all ignored.
In March & April, I applied to other jobs in the company, my expertise fit the jobs but the requirement for these jobs was mostly 'proficient' rating on the year-end review. Mine was 'inconsistent', so I was not selected. If Paul had corrected my review, it would enable me to move around to another position within.
One day probably when Paul was in a good mood, he responded to my email, saying, DFS HR doesn't allow corrections to the Year-end, this is why he couldn't correct! Earlier I had requested Paul to correct my year-end so I can transfer to another team, I was honest with him and said to him that we didn't work well together, the best it to pursue another opportunity within the company for a better fit. In the meantime while I was on a disciplinary coaching plan, I was rated 'competent' in March 2024 Mycheckin, this is when Paul was being more honest.

10- February into March & part of April, Paul & Valeria now were mainly focused on the feedback that Paul was soliciting every other day; feedback that wasn't event specific, concrete nor actionable; dominant piece of feedback was the 'she cuts people off in her meetings' (whereas others were way worse including Paul himself, the champion of cutting people off intentionally with the intention to intimidate them into an agreement). and lack of meeting agenda for my meetings, which was not true and was something teams misunderstood. I told them I will work on this and I did improve by being more mindful, it's personal, a human condition everyone does it time to time especially when missing visual cues when not face to face (most of us worked remotely), cutting off is not intentional (human condition, anxious/eager/interested personality trait) I explained/expressed a few time, not sure if they were looking for gurantees, every time I said this both Paul and Valeria were offended. In my Architect Office Hours meeting I made a presentation where I explained the official architect role, the purpose of each meeting and how it is structured, I explained that in Architect Office Hours meeting, the agenda came from the teams and for the COP meeting, I was already providing agenda, I did this to work on the feedback that was provided, I took the actionable items seriously. This constant feedback created a lot of stress, mistrust and paranoia around where I'm trying to establish myself (my teams), I was still gradually able to build good relations with anyone I got a chance to work closely with. Valeria mentioned that 'some' senior manager had made negative comments about me, I told her I was not in touch with any senior managers at all, let alone work closely. Feedback provider's names were kept anonymous, but I could tell who it might have been, I got the sense Paul was continuing with his campaign to smear my reputation. However, positive feedback still had outnumbered what frivolous feedback Paul had solicited from his secret friends. I also had received 3 official recognitions for being collaborative in 2023 (one from Valeria Utsis). These recognitions were voluntary and were a surprise.
*I noticed Paul taking some sort of a punishing, retaliatory action every time I ask for anything, like a discussion, reconsideration etc. He took these requests personally, an act of defiance or something of sort. Then a few times at every offense he took against me, he gloated during our meetings. Subtle threats.
I asked for the coaching plan to be removed, I told them I would love to have Paul coach me & I would have worked on anything he would have asked me, there was no need to hit me on the head but rather via support and a positive approach. I requested that he not speak negatively to others, instead to coach me if he sees something requires improvement, after all that's how managers should handle their direct reports. Managers should not speak negatively of their direct reports especially to people that she's supposed to provide support to, this is what was creating a negative perception and then he was soliciting feedback after he had fed my team members, Paul could easily intimidate people to say anything. Paul is like auto immune disease that attacks one's own body. On the year-end review and then the Coaching Plan, Paul claimed that I

don't have their proprietary system nor business knowledge. I told them, if someone can create the system documentations, they ought to have the system and the high level associated business knowledge as I had already delivered all System Documentation. All along when I was working on these systems I had been sharing the documents and diagrams with Paul to review. Even then he claimed I had no system and business knowledge. I suggested that all architects should present their system documentation.
During the coaching plan, Paul asked all of us to present our system documentation and the diagrams. I had created for the 7 systems I owned. I presented everything very well, Paul & Valeria **both praised my work** (I have photo of their teams messages).

During this time he made some new assignments, asked me to complete the 'roadmap' (which had been already delivered); Paul called the 'vision' document a 'roadmap', I clarified to him the difference then during the PIP, Paul admitted that I had completed the 'roadmap'. Paul had nothing he could show as not delivered, nor any specific quality or standard related defects on the deliverables.

11- We had a Q1 my check in March, Paul rated me as 'competent'. How can someone be put on a 'coaching plan with an associated disciplinary action' and be competent at the same time?

12- Around this time in one of our coaching plan status meetings, where Paul & Valeria sat in a conference room, once again I asked Valeria and Paul to discuss items on the year end review and the coaching plan one by one, they ignored, then Valeria left for another meeting. Paul had never defined a success criteria for any assignments ever, in order to understand him and help him communicate, I asked Paul was there any quality related issue for any of the deliverables that lead him to believe that I had performance issues, **he said 'no, I just had a 'feeling'.** I said to him work needs to be rated objectively, not from feelings. From here onwards I was 100% certain that this was all part of a harassment campaign. If there was any genuine performance concerns,

- Paul should have been able to justify his ratings for each assignment, none was provided.
- Paul should be able to reveal the name of the people that provided the feedback along with the specific incidents and dates, none provided.
- And how did I suddenly become 'competent' during the coaching plan, then if I was competent then why was I put on a coaching plan to begin with? How can one me 'competent' on all Mycheckins and the year-end be 'inconsistent'?

I knew that the year-end review, the coaching plan, frivolous feedback were part of the harassment campaign and they wanted to harass me out of my job. Paul was lying and Valeria was condoning this behavior and besides, they both along with HR had done nothing to relieve me of this undue stress and harassment. I filed a formal complaint on

April 9th with the Ethics while I was out sick (supposedly third party company 'Navex'). Coaching Plan ended on the 11th or the 12th, the next working day on Monday, we had a coaching plan status meeting with Valeria & Paul in the afternoon. Valeria sounded real upset and said, you have failed the feedback part of the coaching plan, she said I was ok on the deliverables part. That same night around 9pm EST, I received an email from Paul that I had failed both the work related and feedback part of the coaching plan.
Paul & Valeria both knew I had no assignment related performance issue, since feedback is also part of the Performance, they had no evidence of bad performance, they made the feedback as the issue.
I filed a complaint on 4/11 that I had lost credentials for Navex, couldn't follow-up on the complaint. I had to open a new complaint on 4/22.
Ethics (Navex) handed over the complaint to DFS HR/Employee Relations the same people that I had complained earlier to and no relief was provided. Alice Isaac asked for no information, held no meetings and simply closed the case.

During when I was asked to collect feedback, I learnt that the teams didn't know what architects did and their role, nor what the purpose of each of the architect meetings was. Keep in mind I had inherited these meetings from Paul. Paul had been working with these teams and was their architect for the past 12 years and was running these meetings all this time, when I joined, Paul invited me to these meetings and ultimately I ran my meetings as per my observation of how Paul was running these meetings. Teams expectation mismatch existed for the past 12+ years! What services were the teams receiving from the predecessor architect (I think it was Paul) during these architecture related meetings? But somehow it was implied that I was responsible for a preexisting situation. I decided to create a presentation which explained the architect's role and the purpose of each meeting. I had always run the meetings in an organized way by providing an agenda for the POC meetings, always did provide education to my teams along with the solutions and guidance as was required as per Principal Architect Role. I started to provide solutions via meeting chats for everyone to see my work and contribution. This helped Architecture team services, expectations and reputation. This was praised in my Q2 Mycheckin 2024. Besides, this position is an technical role along with business understanding, not specifically how to be a better moderator or to speak only a certain way. Most of the feedback was not workable for the most part.
Yet this demand and weird pursuit of feedback continued as they couldn't find or point out any lack in my work deliverables so they wanted to use Feedback as a justification for the termination.

Retaliatory Action: I filed the ethics complaint (protected) on April 9th, next work day I was back, adverse action of failing the coaching plan was declared on April 15th.

13- On May 28th, I was called into a meeting with Paul and Cynthia Vales where Cynthia Vales informed me that I had the option of taking a 2 month pay, sign the papers and leave on my own or we will put you on a PIP. I was very offended by this as I had no performance issues and yet another attempt to harass me out of my job and along with that give up my rights. I rejected the separation offer. I was confident in my performance and took up the challenge of a PIP. I could make 2 months of pay anyways.
I asked HR to forward the confidential separation agreement to my personal email address, HR said it was ok for me to forward the email to my personal email address.

Retaliatory Action: They had already made up their mind that they didn't want me to stay, I was threatened with a PIP.

14- On May 30th I filed another Ethics complaint and wrote to the leadership to investigate this thoroughly, asked for help describing the situation. This time the case was handed over to Donita Smith (HR/ER) for investigation, I provided her all of the emails and the supporting documents. I was put on a one month PIP on June 5th. Just as the year-end review, the coaching plan, PIP itself didn't have anything that I could be held responsible for. They brought up a 'proprietary' system EIMS as lacking in knowledge that Paul never provided access to, neither training and nor any business/ requirement or architecture documents. I responded to the PIP with all work evidence and further providing clarity. I had already successfully & accurately completed the system documentation and diagrams for this system and the capability document per my own effort ( DFS SharePoint search or just by guess work and a single partial document from another similar system from the Discover Card side (IMS)). Paul had already approved everything prior to the Coaching Plan and the PIP about EIMS (loans). Please note Paul & Valeria are the original writers of this system and they didn't have/didn't provide the requirements documents, nor training that they had themselves implemented, how was this complex system implemented without any requirements? Yet, they were holding me responsible for not having some (Paul was clueless when I asked him what he did like me to know) deep knowledge, which I had already provided the capability document along with the system documents & Diagrams for. Btw, I had been asking for the documents, training & access since 2023, none was provided. But I managed to go as far as I could go. Later on July 15th Paul called me, he said, he's ok with the level of knowledge I had thus far acquired on EIMS. Also, in an email he admitted that had not provided the requested documents, and access, also that he was not expecting business rule level knowledge! So, the only work related item mentioned

on the PIP was already satisfied. Also, the positive feedback again had outnumbered the frivolous feedback that Paul had solicited during the PIP. So, in conclusion I had passed the PIP!

Here are some details of what was happening during the last 2-3 weeks of the PIP; On my Q2 Mycheckin (June) Paul praised the solutions I had provided for the cybersecurity vulnerabilities and my presentation of an architect's roles & responsibilities and once again the purpose of each of Architecture meetings. He acknowledged that I was doing a good job and that I was 'hardworking', yet I was put on the PIP and also failed it!

It was my practice that any significant solutions I provided, I would attain Paul's approval, recent cyber security solutions were approved by Paul and the basis of these solutions was Okta implementation for EICE application, which was also approved by Architecture Review Board (50+ architects). My teams were about to implement my cybersecurity solutions when Paul halted the implementation of these solutions until further notice; he did this to a couple of my already approved solutions (approved by Paul). One of the architect (Munish) from the Cards side called me and told me about the concern that Paul had indicated to him (instead of communicating directly with me), he said he has the solution for it; firstly the problem he quoted didn't exist in the solution-I had presented, Paul is not technical especially in the Cybersecurity area, I thought he misunderstood. So, I first clarified the actual cybersecurity attack that we were solution-ing to prevent, the Munish made couple of technically senseless suggestions. I later documented his proposed changes into a diagram with pros/cons & proved that the solution I had originally provided was the right solution via email to Paul & Valeria. I was noticing that I was being challenged/attacked/asked for solutions and technical questions from all directions (architects from other teams, developers etc.), I was stressed but was thoroughly enjoying the challenges and providing solid answers, this helped further to build my self-confidence. Then a few days later (Monday July 15th) Paul setup a meeting with Munish and Shawn Zimmerman (developer for the past 30 years with DFS) amongst others to discuss the same solution, again Munish was suggesting technically gibberish solutions, Shawn was being loud, Paul angrily ended the meeting with the announcement that he will go with Munish's solution when I asked many questions of Munish! (Shawn is part of that 20+ years employment club! He was interfering my solutions and in one of the meetings, he made a personal remark that I had responded to via teams message. Shawn is a developer and pretends to be an architect). Then in this meeting, I was asking Munish, the architect more questions to clarify his proposed solution, he would say one thing and then say another, the same type of technically wrong suggestions, he had not come prepared with his solution, he couldn't even remember things; I was astonished at his lack of knowledge on the subject and the disorganization, lack of preparation to challenge someone's solution. After the

on the PIP was already satisfied. Also, the positive feedback again had outnumbered the frivolous feedback that Paul had solicited during the PIP. So, in conclusion I had passed the PIP!

Here are some details of what was happening during the last 2-3 weeks of the PIP; On my Q2 Mycheckin (June) Paul praised the solutions I had provided for the cybersecurity vulnerabilities and my presentation of an architect's roles & responsibilities and once again the purpose of each of Architecture meetings. He acknowledged that I was doing a good job and that I was 'hardworking', yet I was put on the PIP and also failed it!

It was my practice that any significant solutions I provided, I would attain Paul's approval, recent cyber security solutions were approved by Paul and the basis of these solutions was Okta implementation for EICE application, which was also approved by Architecture Review Board (50+ architects). My teams were about to implement my cybersecurity solutions when Paul halted the implementation of these solutions until further notice; he did this to a couple of my already approved solutions (approved by Paul). One of the architect (Munish) from the Cards side called me and told me about the concern that Paul had indicated to him (instead of communicating directly with me), he said he has the solution for it; firstly the problem he quoted didn't exist in the solution-I had presented, Paul is not technical especially in the Cybersecurity area, I thought he misunderstood. So, I first clarified the actual cybersecurity attack that we were solution-ing to prevent, the Munish made couple of technically senseless suggestions. I later documented his proposed changes into a diagram with pros/cons & proved that the solution I had originally provided was the right solution via email to Paul & Valeria. I was noticing that I was being challenged/attacked/asked for solutions and technical questions from all directions (architects from other teams, developers etc.), I was stressed but was thoroughly enjoying the challenges and providing solid answers, this helped further to build my self-confidence. Then a few days later (Monday July 15th) Paul setup a meeting with Munish and Shawn Zimmerman (developer for the past 30 years with DFS) amongst others to discuss the same solution, again Munish was suggesting technically gibberish solutions, Shawn was being loud, Paul angrily ended the meeting with the announcement that he will go with Munish's solution when I asked many questions of Munish! (Shawn is part of that 20+ years employment club! He was interfering my solutions and in one of the meetings, he made a personal remark that I had responded to via teams message. Shawn is a developer and pretends to be an architect). Then in this meeting, I was asking Munish, the architect more questions to clarify his proposed solution, he would say one thing and then say another, the same type of technically wrong suggestions, he had not come prepared with his solution, he couldn't even remember things; I was astonished at his lack of knowledge on the subject and the disorganization, lack of preparation to challenge someone's solution. After the

meeting, I chatted on the Teams meeting chat and asked to first please state why we are looking for alternative solutions, please point out the flaw in the original solution, Shawn wrote that there was no flaw in the original solution. When Paul heard me asking these questions, he declared that he will go with Munish's solution! I created diagrams for Munish as I had heard him say the solution asked if it was accurately understood, Munish didn't respond. Then later Munish responded with 5 step solution, I diagrammed that as well for everyone to see but let him know this solution is not allowed by ARB that I had already proposed this solution and Paul had rejected it. Paul realized Munish's solution couldn't be implemented, he messaged that he will make the decision in the next couple of days; Paul was waiting for me to be terminated, he knew my solution was solid and as per DFS standards. After the termination I was in touch with the implementation team; one team member informed me that after my termination, Paul went with my solution! I have those WhatsApp messages. So, all this was just a desperate effort & harassment to find something like real work related to justify the termination! No specific performance failure was specified in the termination letter! I had basically aced all challenges. Paul is a harasser. In addition, I have many examples where Paul sabotaged my work, wasted my effort, rejected my solutions and then realized that it was the right solution! (WebSphere Liberty is another major solution that I had presented but was rejected in January, right before my termination Valeria told me that they have decided to go with my solution! Most days I have worked 16 hour days for DFS and this is how they treated me.

Paul appears to also had some psychological issues, he's a toxic manager. He has maintained his job by keeping all proprietary information to himself and by bullying and intimidation all these years, Paul, Valeria and Shawn belong to the 20+ club that I encountered.

There were other projects he was also attacking in the last days but nothing as dramatic as the above!

15- During the PIP, the following also occurred. I knew where this whole thing was going, I started to forward my personal email communication with the management and HR to my personal email address (HR itself had ok'd forwarding a confidential email). On June 28th my access to DFS VPN was removed along with all of the DFS applications from my mobile phone was removed. I was told this was done by Cybersecurity team, I was put on leave of absence for a week, then Cyber Security & HR interviewed me and reinstated on July 9th. They asked me to delete email with the architecture diagrams as those are confidential.

I had reached out to the top leadership again; this resulted in HR VP to contact me, he told to not contact the leadership and that he will provide the answers to my questions

and will thoroughly address my questions & concerns. He too was lying and he never did provide any answers.

Adverse Action: July 18th, I was terminated.

In conclusion,

I had no performance issue what so ever, if anything, I was trusted and therefore more work was assigned to me vs Richard and I was I actually hyper performing. I was handling more than double the work of Richard (I was responsible for supporting 5 teams and 7 systems along with all the questions and issues that came about as part of the Architect Office Hour meeting and the educational presentations in COP meeting, Richard had just 2 teams, he didn't handle any of the architecture solution-ing, nor participated much in any technical discussions, nor provided any solutions). Paul had made up his mind in 2023. Around late 2023, company had sold Discover Student Loans (DSL), by the end of this year, we would have only had Personal Loans, Paul wanted his 22+ years friend Richard Chen to continue employment and decision to terminate me was not merit/skill/performance based. 'Performance' was an excuse based on various prejudices and was retaliation to perceived offenses and many things. Turn of the year I was already noticing Paul took Richard along to important projects (combining EICE with IRIS project) that actually fell in my area (EICE), I actually inquired why I was not included, I was ignored.

Around February Sabrina Newman (product owner, also with company for 20+ years, she's close with Paul), said, while discussing a future project commented that she didn't know who will be the new architect in the near future (within the next few months). Indicates Paul had made up him mind way back before I was given a chance to prove myself on the coaching plan or the PIP and there's strong evidence that he had planned this in 2023 soon after I had joined.
As a result of Paul talking to other people I was experiencing a completely different attitude from even the people that were quite friendly. Instead now these people were blocking my work progress, picking on everything (Sabrina Newman, Sirish and others). I had a sense they were instructed to do so (Sabrina & Sirish did this when I sked for some information and was ready to take an initiative to the Lending Collections and Recovery team for evaluation).

Paul had a habit of making subtle threats, once he commented 'you get paid well .. (hinting that I will lose this income)'. All along I tried to Paul beyond my duty even on personal level but he's an insecure, toxic manger along with that DFS has quite a few 20+

years people that stick together. Valeria Condoned this treatment and lies, she is an accomplice.
After the termination, this stress and nightmare treatment has gotten into my sub conscience and I have had 3-4 dreams about the DFS. I am very much traumatized, I took 8 therapy sessions during all this in 2024 and I have recently joined therapy to get over and become healthy again.

*in response to EEOC, DFS stated the forwarded emails for which they suspended for a week and reinstated my employment (for another two weeks) as one of the causes of termination. If this was truly violation of company policies, they would't have ok'd the email forwarding with permission and could have terminated with that reason. Obviously this was not the reason.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/23/2025

**To:** Ms. Asima Hameedi
75-40 Bell Blvd. Apartment 2k
Oakland Gardens, NY 11364

Charge No: 520-2024-06937

EEOC Representative and email: PRENTICE COLLAZO
INVESTIGATOR
PRENTICE.COLLAZO@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2024-06937

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/23/2025

Arlean Nieto
Acting District Director

**Cc:**
Danielle Harris
Discover Financial Services
2500 Lake Cook Rd
Riverwoods, IL 60015

Krista Easom
1 N Wacker, Suite 1600
Chicago, IL 60601

NA NA
75-40 Bell Blvd. Apt. 2k
Oakland Gardens, NY 11364

Please retain this Notice for your records.

## Information Related to Filing Suit Under the Laws Enforced by the EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### Important Time Limits – 90 Days to file a Lawsuit

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### Attorney Representation

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### How to Request Your Charge File and 90-Day Time Limit for Requests

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2024-06937 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2024-06937 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

*** Filed ***
03:44 PM, 14 Apr, 2026
U.S.D.C. Eastern District of New York

**About These Forms**

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Fee:** The filing fee is **$405,** payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action.

5. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

6. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

7. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

8. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.